**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU EMPLOYER RETIREMENT FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MNG ENTERPRISES, INC.<br><br>Defendant. | Case No. CV 21-00061 PA (JEMx)<br><br>JUDGMENT |

Pursuant to the Court's July 8, 2021 Order Affirming in Part and Vacating in Part the Arbitrator's Award (Dkt. No. 33), and the parties' Joint Request for Entry of Judgment (Dkt. No. 34), it is hereby Ordered, Adjudged, and Decreed that:

1. The Arbitrator's finding that the Fund improperly assessed withdrawal liability against MNG Controlled Group for alleged partial withdrawals that occurred on December 31, 2014 and December 31, 2015 is affirmed;

2. The Arbitrator's finding that the Fund correctly included the contribution history of the Daily Breeze and the Santa Cruz Sentinel in calculating the MNG Controlled Group and CNP Controlled Group's liability is affirmed;

3.  The Arbitrator's finding that the Fund's actuary failed to comply with the Employee Retirement Income Security Act when selecting assumptions for determining liability for MNG Controlled Group's withdrawal liability calculation is affirmed; and

4.  The Arbitrator made a transcription or typographical error in his conclusion when he stated that the 7% interest rate for withdrawal liability determined by the Fund's actuary should be used. An 8% interest rate should be used.

DATED: August 2, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE